United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANNICK WYN-LEMMA, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>NATIONAL COLLEGIATE STUDENT<br>LOAN TRUST 2005-3, et al.,<br><br>      Defendants. | Case No.  15-cv-01786-EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING MOTION TO PARTICIPATE BY PHONE AS MOOT**<br><br>Re: Dkt. No. 18 |

The initial case management conference currently set for July 21, 2015 is hereby continued to August 18, 2015 at 9:00 a.m. and will be held concurrently with the hearing on Defendants' motion to dismiss.  A joint case management conference statement shall be filed by August 11, 2015.  Defendants' motion to appear at the case management conference on July 21, 2015 is denied as moot.

**IT IS SO ORDERED.**

Dated:  July 14, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge