UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wyn-Lemma<br><br>          Plaintiff,<br><br>   v.<br><br>National Collegiate Student Loan Trust 2005-3, et al.,<br><br>          Defendants. | Case No.  3:15-cv-01786 EDL<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date:  February 23, 2016<br>Mediator:  Val Hornstein |

IT IS HEREBY ORDERED that the request to excuse plaintiff Wyn Tunnicliff from appearing in person at the February 23, 2016 mediation before Val Hornstein is GRANTED.  Mr. Tunnicliff shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated:  February  16, 2016

_____
Maria-Elena James
United States Magistrate Judge