United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YANNICK WYN-LEMMA, et al.,

          Plaintiffs,

      v.

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2005-3, et al.,

          Defendants.

Case No.  15-cv-01786-EDL

**ORDER OF CONDITIONAL
DISMISSAL**

     The Court having been advised that the parties have agreed to a settlement of this cause,

     IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to

reinstate on or before May 24, 2016 for the purpose of proceeding with the litigation in the event a

settlement has not been completed prior to that date.  In the event a request to reinstate the case is

not filed and served on opposing counsel on or before the foregoing date, the dismissal will be

with prejudice.

     **IT IS SO ORDERED.**

Dated:  February 24, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge